IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE PRUITT, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>US BANK, N.A.; and DOES 1-10, inclusive,<br><br>Defendants. | 1:13-cv-1198 AWI SKO<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 9, 2013, AND TAKING MATTER UNDER SUBMISSION |

In this action for damages, defendant US Bank ("Defendant") has noticed and filed a motion to dismiss the complaint of plaintiff Charlie Pruitt, Jr. ("Plaintiff"). The matter was scheduled for hearing on Defendant's motion to be held on September 9, 2013. The court has reviewed Defendant's motion, Plaintiff's opposition and Defendant's reply and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

THEREFORE, it is hereby ORDERED that the hearing date of September 9, 2013, is hereby VACATED and no party shall appear on that date. As of September 9, 2013, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated: September 6, 2013                    _____
                                            SENIOR DISTRICT JUDGE