UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE PRUITT, JR., <br><br>    Plaintiff, <br><br>  vs. <br><br>US BANK, N.A.; and DOES 1-10, inclusive, <br><br>    Defendants. | Case No.  1:13-CV-1198-AWI-SKO <br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br>[FRCP 41(a)] <br><br>[Complaint Filed: July 1, 2013] |

    Plaintiff Charlie Pruitt ("Pruitt") and Defendant U.S. Bank N.A. ("US Bank") have stipulated through their respective attorneys of record, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a), that all claims and demands asserted by Pruitt in this action shall be dismissed with prejudice, each party to bear his or its own costs and attorneys fees.  Because it appears to the Court that the terms of the stipulation appear proper, and in compliance with Rule 41(a), this case has terminated and will be closed in accordance with the stipulation.

    Accordingly, IT IS HEREBY ORDERED that all claims and demands asserted by Pruitt in this action are DISMISSED with prejudice, each party to bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   February 19, 2014                                          _____

                                                                SENIOR  DISTRICT  JUDGE